IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COURTNEY BROWN,<br><br>   Plaintiff,<br><br>v.<br><br>COLLECT IT, LLC and MARIA SANTIAGO a/k/a JULIE SOSA,<br><br>   Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 13-2452 (JBS/AMD)<br><br>**ORDER** |

  Presently before the Court is Plaintiff Courtney Brown's motion for an order enforcing settlement of this litigation (See Notice of Motion by Plaintiff to Enforce Settlement [Doc. No. 20]); and the Court having considered the Report and Recommendation submitted by the Honorable Ann Marie Donio, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they had fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court having considered the papers submitted by the parties; and the Court finding that the Report and Recommendation is neither clearly erroneous, nor contrary to law; and for good cause shown;

  IT IS on this 6th day of August 2014 hereby,

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion [Doc. No. 20] shall be, and hereby is, **GRANTED** to the extent it seeks to enforce the executed settlement and to enter judgment against Defendant Collect It, LLC; and **GRANTED** to the extent it seeks to enforce the settlement against Defendant Maria Santiago a/k/a Julia Sosa, except with respect to the entry of judgment against Defendant Santiago; and it is further

**ORDERED** that Plaintiff's informal request for costs shall be, and hereby is, **DENIED**; and it is further

**ORDERED** that judgment is hereby entered against Defendant Collect It, LLC in favor of Plaintiff Courtney Brown in the amount of $10,000.00; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

Jerome B. Simandle
Chief U.S. District Judge